◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRIDON A. ELLERBE, Also Known as JERRY A. ELLERBE, Appellant. [614 NYS2d 172] —Appeal by the defendant from an amended judgment of the County Court, Suffolk County (Weissman, J.), rendered March 12, 1993, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated the conditions thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of operating a motor vehicle while under the influence of alcohol, as a felony, under Indictment No. 2102/90.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Miller, Copertino, Santucci and Altman, JJ., concur.